**KUTAK ROCK LLP**
Rudy R. Perrino (SBN 190672)
777 S. Figueroa Street, Suite 4550
Los Angeles, CA 90017
Rudy.Perrino@KutakRock.com

**KUTAK ROCK LLP**
Oliver D. Griffin (*Pro Hac Vice* forthcoming)
Pennsylvania Bar No. 88026
1760 Market Street, Suite 1100
Philadelphia, PA 19103-4104
Oliver.Griffin@kutakrock.com

**KUTAK ROCK LLP**
Jeffrey M. Giancana (*Pro Hac Vice* forthcoming)
Arizona Bar No. 035031
8601 North Scottsdale Road, Suite 300
Scottsdale, AZ 85253
Jeffrey.Giancana@kutakrock.com

Attorneys for Plaintiff,
TODD MCCARTNEY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TODD MCCARTNEY, | Case No. 3:22-cv-00761-VC |
| Plaintiff, | Assigned to the Honorable: District Judge Vince Chhabria Courtroom 4 |
| v. | |
| GIBF GP, INC., | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Defendant. | |

Notice is hereby given that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff Todd McCartney voluntarily dismisses without prejudice the above-captioned action against Defendant GIBF GP, Inc. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

///

///

1 | Dated: March 18, 2022

/s/ Rudy R. Perrino
Rudy R. Perrino
Attorneys for Plaintiff TODD MCCARTNEY

# PROOF OF SERVICE

*Todd McCartney v. GIBF GP, Inc.*
United States District Court – Northern District
CASE NO. 3:22-CV-00761-VC

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the city of Los Angeles in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 South Figueroa Street, Suite 4550, Los Angeles, California, 90017.

On **March 18, 2022**, I served on all interested parties as identified on the below mailing list the following document(s) described as:

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

☒ **(BY NOTICE OF ELECTRONIC FILING)** Counsel who have consented to electronic service have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document(s) was(were) filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

**SEE ATTACHED SERVICE LIST**

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

Executed on **March 18, 2022**, at Los Angeles, California.

*/s/ Virginia Ulmer*
Virginia Ulmer

**SERVICE LIST**

| | |
|---|---|
| Leslie Cohen, Esq.<br>LESLIE COHEN LAW PC<br>506 Santa Monica Blvd., Ste. 200<br>Santa Monica, CA 90401 | Attorneys for Defendant,<br>***GIBF GP, Inc.***<br><br>Tel:     (310) 394-5900<br>Fax:    (310) 394-9280<br>Email:  leslie@lesliecohenlaw.com |
| Eric Browndorf, Esq.<br>COOPER LEVENSON<br>1580 Sawgrass Corporate Parkway<br>Suite 130<br>Sunrise, FL 33323 | Attorneys for Defendant,<br>***GIBF GP, Inc.***<br><br>Tel:     (954) 889-1858<br>Email:  ebrowndorf@cooperlevenson.com |
| William Rubley, Esq.<br>COOPER LEVENSON<br>Cherry Hill Plaza<br>1415 Marlton Pike (Route 70) East<br>Suite 205<br>Cherry Hill, NJ 08034 | Attorneys for Defendant,<br>***GIBF GP, Inc.***<br><br>Tel:     (856) 857-5520<br>Email:  wrubley@cooperlevenson.com |